UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: NAY, DAVID A § Case No. 11-82081
     NAY, VICTORIA L §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    211 South Court Street
    Room 110
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/06/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                          By:      /s/ STEPHEN G. BALSLEY
                                                                                            Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: NAY, DAVID A | § | Case No. 11-82081 |
| NAY, VICTORIA L | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,799.55 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 7,724.55 |
| **Balance on hand:** | $ 7,724.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Resource Bank | 132,817.21 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,724.55 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,529.96 | 0.00 | 1,529.96 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,401.00 | 0.00 | 1,401.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,930.96 |
| Remaining balance: | $ 4,793.59 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:                                           $     4,793.59

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:                     $     4,793.59

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,909.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 26,839.12 | 0.00 | 2,147.49 |
| 2 | Fifth Third Bank | 32,629.71 | 0.00 | 2,610.81 |
| 4 | American Express Centurion Bank | 246.72 | 0.00 | 19.74 |
| 5 | Verizon Wireless | 194.31 | 0.00 | 15.55 |

Total to be paid for timely general unsecured claims:  $     4,793.59
Remaining balance:                                     $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:  $     0.00


Prepared By:  /s/STEPHEN G. BALSLEY
                          Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                           Case No. 11-82081-MB
David A Nay                                                      Chapter 7
Victoria L Nay
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3         User: lorsmith              Page 1 of 3           Date Rcvd: May 04, 2012
                             Form ID: pdf006             Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2012.
```
db/jdb        +David A Nay,   Victoria L Nay,   6739 Minnegan Road,   Waterman, IL 60556-7107
17237063       American Express,   Customer Service,   PO Box 981535,   El Paso, TX 79998-1535
18434742       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17237064      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
17237065       Bank of America Home Loans,   PO Box 650070,   Dallas, TX 75265-0070
17237066      +Bethany Animal Hospital,   2400 Bethany Rd,   Sycamore, IL 60178-3115
17237067      +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
17237068       Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
17237069      +Childrens Surgical Foundation,   777 Oakmont Lane, Suite 1600,   KLO Billing,
                Westmont, IL 60559-5547
17237070      +Citi Card,   Box 6000,   The Lakes, NV 89163-0001
17237072       Conserv FS,   97791 Eagle Way,   Chicago, IL 60678-1977
17237074      +Delinquency Prevention Svcs,   233 W Jackson Blvd,   Chicago, IL 60606-6958
17237075       Delnor Community Hospital,   Mail Processing Center,   PO Box 739,   Moline, IL 61266-0739
17237076      +Dependon Collection Se,   Po Box 4833,   Oak Brook, IL 60522-4833
17237077       Dish Network,   Dept 0063,   Palatine, IL 60055-0063
17237080     ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Company,   Nat Bankryptcy Svc Ctr,   PO Box 537901,
                Livonia, MI 48153-7901)
18378434      +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
17237078       Fifth Third Bank,   MD 1MOC2G-4050,   38 Fountain Square Plaza,   Cincinnati, OH 45274-0789
17237079      +Focus on Women,   302 Randall Road #305,   Geneva IL 60134-4209
17237081       Fox Valley Women's Health Partners,   PO Box 657,   Saint Charles, IL 60174-0657
17237082       Kane Anesthesia,   34536 Eagle Way,   Chicago, IL 60678-1345
17237084       Laboratory Physicians LLC,   PO Box 10200,   Peoria, IL 61612-0200
17237085      +Med Busi Bur,   1460 Renaissance Drive Ste 400,   Park Ridge, IL 60068-1349
17237086      +Merchants Credit Guide,   223 W Jackson Blvd Ste 4,   Chicago, IL 60606-6908
17237087      +National Registered Agents, Inc,   PO Box 927,   West Windsor, NJ 08550-0927
17237088      +Pathology Consultants,   PO Box 1048,   Dept. 1000,   Saint Charles, IL 60174-7048
17237089      +Quest Diagnostics,   1355 Mittel Boulevard,   Wood Dale, IL 60191-1024
17237090      +Resource Bank,   555 Bethany Road,   Dekalb, IL 60115-4941
17237091      +Tri City Radiology,   9410 Compubill Dr.,   Orland Park, IL 60462-2627
17237092      +US-Yellow,   Global Directories, Inc,   PO Box 41308,   Jacksonville, FL 32203-1308
17237094      +Waste Management,   Attn Billing Dept,   1411 Opus Pl, Ste 400,   Downers Grove, IL 60515-1481
17237095      +Well Care Neonatologists,   PO Box 360,   South Elgin, IL 60177-0360
17237083       kwom,   PO Box 332,   Glen Ellyn, IL 60138-0332
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17237062       E-mail/Text: bkr@cardworks.com May 04 2012 23:13:10      Advanta Bank Corp,   Po Box 844,
                Spring House, PA 19477
17237071       E-mail/Text: legalcollections@comed.com May 04 2012 23:12:15      ComEd,   PO Box 6111,
                Carol Stream, IL 60197-6111
17237073      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 04 2012 23:12:34
                Credit Collection Services,   2 Wells Avenue,   Newton Center, MA 02459-3246
17237093       E-mail/PDF: bankruptcyverizoncom@afni.com May 05 2012 01:36:49      Verizon North,   PO Box 9688,
                Mission Hills, CA 91346-9688
18642842      +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 05 2012 01:36:49      Verizon Wireless,
                PO BOX 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: lorsmith             Page 2 of 3                Date Rcvd: May 04, 2012
                              Form ID: pdf006            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith            Page 3 of 3            Date Rcvd: May 04, 2012
                              Form ID: pdf006           Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2012 at the address(es) listed below:

```
          Jeffrey M Krasner    on behalf of Debtor David Nay krasnerlaw@comcast.net
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
          Stephen G Balsley    on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
                                                                                        TOTAL: 4
```