**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: NAY, DAVID A § Case No. 11-82081
     NAY, VICTORIA L §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $284,206.00      Assets Exempt: $30,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,793.59      Claims Discharged
                                                         Without Payment: $127,947.80

Total Expenses of Administration: $3,005.96

    3) Total gross receipts of $ 7,799.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,799.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $448,312.18 | $132,817.21 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,005.96 | 3,005.96 | 3,005.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 125,741.02 | 59,909.86 | 59,909.86 | 4,793.59 |
| **TOTAL DISBURSEMENTS** | $574,053.20 | $195,733.03 | $62,915.82 | $7,799.55 |

    4) This case was originally filed under Chapter 7 on May 05, 2011. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2012           By: /s/STEPHEN G. BALSLEY
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund from lawfirm- DeKalb County, IL lawsuit | 1249-000 | 7,799.55 |
| **TOTAL GROSS RECEIPTS** | | **$7,799.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Resource Bank | 4110-000 | 133,170.93 | 132,817.21 | 0.00 | 0.00 |
| NOTFILED | Ford Motor Credit Company Nat Bankryptcy Svc Ctr | 4110-000 | 3,381.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Home Loans | 4110-000 | 311,760.25 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$448,312.18** | **$132,817.21** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,529.96 | 1,529.96 | 1,529.96 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,401.00 | 1,401.00 | 1,401.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,005.96 | $3,005.96 | $3,005.96 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | 24,209.89 | 26,839.12 | 26,839.12 | 2,147.49 |
| 2 | Fifth Third Bank | 7100-000 | 27,523.78 | 32,629.71 | 32,629.71 | 2,610.81 |
| 4 | American Express Centurion Bank | 7100-000 | 600.31 | 246.72 | 246.72 | 19.74 |
| 5 | Verizon Wireless | 7100-000 | 575.51 | 194.31 | 194.31 | 15.55 |
| NOTFILED | Med Busi Bur | 7100-000 | 155.00 | N/A | N/A | 0.00 |
| NOTFILED | Laboratory Physicians LLC | 7100-000 | 384.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 776.00 | N/A | N/A | 0.00 |
| NOTFILED | National Registered Agents, Inc | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Laboratory Physicians LLC | 7100-000 | 176.72 | N/A | N/A | 0.00 |
| NOTFILED | Kane Anesthesia | 7100-000 | 1,052.24 | N/A | N/A | 0.00 |
| NOTFILED | kwom | 7100-000 | 49.95 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Women's Health Partners | 7100-000 | 1,939.84 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**


| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Tri City Radiology | 7100-000 | 155.40 | N/A | N/A | 0.00 |
| NOTFILED | Well Care Neonatologists | 7100-000 | 876.13 | N/A | N/A | 0.00 |
| NOTFILED | Delinquency Prevention Svcs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 96.20 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Women's Health Partners | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | US-Yellow Global Directories, Inc | 7100-000 | 1,188.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 443.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Collection Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pathology Consultants | 7100-000 | 23.34 | N/A | N/A | 0.00 |
| NOTFILED | Delnor Community Hospital Mail Processing Center | 7100-000 | 132.89 | N/A | N/A | 0.00 |
| NOTFILED | Focus on Women | 7100-000 | 295.37 | N/A | N/A | 0.00 |
| NOTFILED | Bethany Animal Hospital | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 6,544.27 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 246.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Bank Corp | 7100-000 | 21,505.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 16,738.22 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,604.72 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection Se | 7100-000 | 959.00 | N/A | N/A | 0.00 |
| NOTFILED | Delnor Community Hospital Mail Processing Center | 7100-000 | 670.53 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 577.41 | N/A | N/A | 0.00 |
| NOTFILED | Conserv FS | 7100-000 | 910.01 | N/A | N/A | 0.00 |
| NOTFILED | Childrens Surgical Foundation | 7100-000 | 74.56 | N/A | N/A | 0.00 |
| NOTFILED | Citi Card | 7100-000 | 12,598.79 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 108.94 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $125,741.02 | $59,909.86 | $59,909.86 | $4,793.59 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-82081  
**Case Name:** NAY, DAVID A  
　　　　　　　　NAY, VICTORIA L  
**Period Ending:** 09/22/12

**Trustee:**　　(330410)　STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/05/11 (f)  
**§341(a) Meeting Date:** 06/16/11  
**Claims Bar Date:** 04/10/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Residence at 6739 Minnegan, Waterman IL | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand - In debtor's possession | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Castle Bank - DeKalb IL | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Used furniture | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 5 | Used clothing - 2 adults and 1 child | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Saddles (5), bridles (5), grooming tools and bla | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | 22 Reming rifle | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Sig sauer handgun | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | 22 handgun | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Metropolitan Life - term | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Whole life policy with Guardian - no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Simple IRA with Charles Schwab (Account Number 3 | 8,900.00 | 0.00 | DA | 0.00 | FA |
| 13 | 401k with Vanguard | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 401k with Schwab | 6,900.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2004 Ford F150 with 143,000 miles | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1999 Chevy Monte Carlo with 210000 miles | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 3 horses | 400.00 | 0.00 | DA | 0.00 | FA |
| 18 | 5 cats | 20.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1 mutt | 1.00 | 0.00 | DA | 0.00 | FA |
| 20 | 8 acres of hay for personal use - not sale-quali | 110.00 | 0.00 | DA | 0.00 | FA |
| 21 | 1995 John Deer 855　Value changed per Amended Schedule B and exemption claimed per Amended Schedule C both filed 4/24/12. | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | 1967 Oliver (poor condition) | 700.00 | 0.00 | DA | 0.00 | FA |
| 23 | Horse trailer | 300.00 | 0.00 | DA | 0.00 | FA |
| 24 | Refund from lawfirm- DeKalb County, IL lawsuit (u)　Per Amended Schedule B filed 4/24/12. | Unknown | 7,799.55 | | 7,799.55 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-82081  
**Case Name:** NAY, DAVID A  
NAY, VICTORIA L  
**Period Ending:** 09/22/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/05/11 (f)  
**§341(a) Meeting Date:** 06/16/11  
**Claims Bar Date:** 04/10/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 24   Assets   Totals (Excluding unknown values) | $284,206.00 | $7,799.55 | | $7,799.55 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012     **Current Projected Date Of Final Report (TFR):**   April 26, 2012  (Actual)

Case 11-82081   Doc 32   Filed 10/08/12   Entered 10/08/12 11:42:41   Desc Main
Document      Page 8 of 8

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-82081  
**Case Name:** NAY, DAVID A  
NAY, VICTORIA L  
**Taxpayer ID #:** \*\*-\*\*\*5254  
**Period Ending:** 09/22/12  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*64-66 - Checking Account  
**Blanket Bond:** $296,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/12 | {24} | Hinshaw & Culbertson, LLP | Reimbursement of attorneys' fees | 1249-000 | 3,899.78 | | 3,899.78 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,874.78 |
| 02/14/12 | {24} | Hinshaw & Culbertson, LLP | Reimbursement of Attorneys' Fees | 1249-000 | 3,899.77 | | 7,774.55 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,749.55 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,724.55 |
| 06/06/12 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,401.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,401.00 | 6,323.55 |
| 06/06/12 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,529.96, Trustee Compensation; Reference: | 2100-000 | | 1,529.96 | 4,793.59 |
| 06/06/12 | 103 | Fifth Third Bank | Dividend paid 8.00% on $26,839.12; Claim# 1; Filed: $26,839.12; Reference: | 7100-000 | | 2,147.49 | 2,646.10 |
| 06/06/12 | 104 | Fifth Third Bank | Dividend paid 8.00% on $32,629.71; Claim# 2; Filed: $32,629.71; Reference: | 7100-000 | | 2,610.81 | 35.29 |
| 06/06/12 | 105 | American Express Centurion Bank | Dividend paid 8.00% on $246.72; Claim# 4; Filed: $246.72; Reference: | 7100-000 | | 19.74 | 15.55 |
| 06/06/12 | 106 | Verizon Wireless | Dividend paid 8.00% on $194.31; Claim# 5; Filed: $194.31; Reference: | 7100-000 | | 15.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,799.55 | 7,799.55 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,799.55 | 7,799.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,799.55** | **$7,799.55** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-\*\*\*\*\*\*64-66** | 7,799.55 | 7,799.55 | 0.00 |
| | **$7,799.55** | **$7,799.55** | **$0.00** |